# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| ARROWOOD INDEMNITY COMPANY, FORMERLY KNOWN AS ROYAL INDEMNITY COMPANY AND AS SUCCESSOR TO ROYAL INSURANCE COMPANY OF AMERICA <br> *Plaintiff(s)* <br> v. <br> The Roman Catholic Diocese of Brooklyn, New York, et al. (See caption in Attachment A for remaining defendants names and addresses) <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Roman Catholic Diocese of Brooklyn, New York
310 Prospect Park West
Brooklyn, NY 11215

See attachment A for remaining defendants' names and addresses

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kevin T. Coughlin, Esq.
Lorraine M. Armenti, Esq.
Coughlin Duffy LLP
Wall Street Plaza
88 Pine St., 28th Fl
New York, NY 10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**ATTACHMENT A TO SUMMONS**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

ARROWOOD INDEMNITY COMPANY, FORMERLY KNOWN AS ROYAL INDEMNITY COMPANY AND AS SUCCESSOR TO ROYAL INSURANCE COMPANY OF AMERICA,

Plaintiff,

v.

THE ROMAN CATHOLIC DIOCESE OF BROOKLYN, NEW YORK, ROMANO FERRARO, ST. JOSEPH PATRON OF THE UNIVERSAL CHURCH, ST. MICHAEL'S CHURCH, AMERICAN MARTYRS PARISH, CATHEDRAL PREPARATORY SCHOOL, OUR LADY OF THE CENACLE, ST. GABRIEL AT MARY OF THE MOTHER, OUR LADY OF THE PEACE CHURCH, ST. THOMAS AQUINAS, HOLY FAMILY, ST. ROSE OF LIMA R.C.C., ST. FRANCIS OF ASSISI, NAZARETH HIGH SCHOOL, ST. ROSALIA – BASILICA OF REGINA PACIS, ST. LUCY'S PARISH, ST. FRANCIS XAVIER, ST. ALOYSIUS, ST. PETER-ST. PAUL OUR LADY OF PILAR, ST. PATRICK'S R.C.C., OUR LADY OF FATIMA, ST. JOSEPH THE WORKER, OUR LADY OF THE SOLACE SHRINE PARISH, OUR LADY OF GUADALUPE, HOLY TRINITY PARISH, ST. LUKE AND ST. MATTHEW CHURCH, ST. MARGARET OF SCOTLAND CHURCH, IMMACULATE CONCEPTION OF THE BLESSED VIRGIN MARY, OUR LADY OF THE MIRACULOUS MEDAL, ST. JOHN'S HOME FOR BOYS, ST. BARTHOLOMEW SCHOOL, ST. BONIFACE R.C.C.,
Defendants.

**List of Defendants and Their Respective Addresses**

The Roman Catholic Diocese of Brooklyn, New York
310 Prospect Park West
Brooklyn, NY 11215

Romano Ferraro
Massachusetts Dept of Corrections
Offender ID W83636

St. Joseph Patron of the Universal Church
185 Suydam St.
Brooklyn, NY 11221

St. Michael's Church
76 41st Ave.
Flushing, NY 11355

American Martyrs Parish
79-43 Bell Blvd.
Bayside, NY 11364

Cathedral Preparatory School and Seminary
56-25 92nd Street
Elmhurst, NY 11373

Our Lady of the Cenacle Church
136-6 87th Avenue
Richmond Hill, NY 11418

St. Gabriel Mary of the Mother Church
74 Linwood St.
Brooklyn, NY 11208

Our Lady of the Peace Church
52 Carroll Street
Brooklyn, NY 11204

St. Thomas Aquinas Church
1550 Hendrickson St.
Brooklyn, NY 11234

Holy Family Church
9719 Flatlands Ave.
Brooklyn, NY 11236

St. Rose of Lima Roman Catholic Church
269 Parkville Ave.
Brooklyn, NY 11230

St. Francis of Assisi Church
2117 45th St.
Astoria, NY 11105

Nazareth Regional High School
475 East 57th St.
Brooklyn, NY 11203

St. Rosalia-Basilica of Regina Pacis Parish
1230 65th St.
Brooklyn, NY 11219

St. Lucy's Parish
802 Kent Ave.
Brooklyn, NY 11205

St. Francis Xavier Parish
225 6th Ave.
Brooklyn, NY 11215

St. Aloysius R.C.C.
382 Onderdonk Ave.
Ridgewood, NY 11385

St. Peter-St. Paul Our Lady of Pilar
234 Congress St.
Brooklyn, NY 11201

St. Patrick's R.C.C.
9511 4th Ave.
Brooklyn, NY 11209

Our Lady of Fatima
25-02 80th St.
East Elmhurst
Queens, NY 11370

St. Joseph the Worker
241 Prospect Park West
Brooklyn, NY 11215

Our Lady of the Solace Shrine Parish
2866 West 17th St.
Brooklyn, NY 11224

Our Lady of Guadalupe Parish
7201 15th Ave.
Brooklyn, NY 11228

Holy Trinity Parish
138 Montrose Ave.
Brooklyn, NY 11206

St. Luke and St. Matthew Church
520 Clinton Ave.
Brooklyn, NY 11238

St. Margaret of Scotland Church
81 College Rd.
Selden, NY 11784

Immaculate Conception of the Blessed Virgin Mary
2805 Fort Hamilton Pkwy
Brooklyn, NY 11218

Our Lady of the Miraculous Medal
62-81 60th Pl
Ridgewood, NY 11385

St. John's Home for Boys
150 Beach 110th St.
Rockaway Park, NY 11694

St. Bartholomew School
44-15 Judge St.
Queens, NY 11373

St. Boniface R.C.C.
631 Elmont Rd.
Elmont, NY 11003